◆AO 442 (Rev. 10/03) Warrant for Arrest

FILED - GR (HWB)
JAN. 29, 2009  4:00 PM
RONALD C. WESTON, SR., CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:  ddk  /

# UNITED STATES DISTRICT COURT
## WESTERN District of MICHIGAN

UNITED STATES OF AMERICA
V.
SALVATORE RAHEEM LOUIS

**WARRANT FOR ARREST**

Case Number: 1:09-MJ-06

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  **SALVATORE RAHEEM LOUIS**
Name

1629952

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

distribution of crack cocaine

in violation of Title **21** United States Code, Section(s) **846; 841(a)(1)**

HUGH W. BRENNEMAN, JR.
Name of Issuing Officer

Signature of Issuing Officer

U.S. MAGISTRATE
Title of Issuing Officer

1/28/2009    GRAND RAPIDS, MICHIGAN
Date and Location

*Certified as a true copy*
*Ronald C. Weston, Sr., Clerk*
*Deputy Clerk*
*U.S. District Court*
*Western Dist. of Michigan*
*Date 1/29/09*

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

316 DICKINSON ST SW

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1/28/09 | TASK FORCE OFFICER BRAD MERCER | Brad M—— |
| DATE OF ARREST 1/28/09 | | |