# United States District Court

## Western District of Michigan

| | |
|---|---|
| UNITED STATES OF AMERICA | **NOTICE** |
| v. | CASE NO. 1:09-mj-6 |
| SALVATORE RAHEEM LOUIS | Hon. Hugh W. Brenneman, Jr. |

TYPE OF CASE:

        \_ CIVIL          X CRIMINAL

X  **TAKE NOTICE** that a proceeding in this case has been set for the place, date and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | 584 |
| Federal Building | |
| 110 Michigan, NW | DATE AND TIME |
| Grand Rapids, MI | **Weds., February 18, 2009, at 9:30 a.m.** |

TYPE OF PROCEEDING

**PRELIMINARY HEARING (or Arraignment and Initial Pretrial Conference, if Indicted)** - *continued from February 3, 2009*

\_  **TAKE NOTICE** that the proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO, DATE AND TIME |
|---|---|---|
| Federal Building 110 Michigan, NW Grand Rapids, MI | * | * |

Hon. Hugh W. Brenneman, Jr.<br>
United States Magistrate Judge

DATE: February 4, 2009

         /s/ Faith Hunter Webb
(BY) Faith Hunter Webb, Secretary/Case Manager

**TO:**    Timothy P. VerHey, AUSA
        Clinton Canady, III
        U.S. Marshal
        U.S. Probation/Pretrial Services